RUTH WHITE, Appellant, v. LORETTO E. COSGROVE and JOSEPH M. O'BRIEN, Individually and as Trustees under Agreement Dated July 20, 1909, Respondents, and JOHN WALLACE WHITE, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, WALLACE BEASLEY WHITE, Appellant, and WILLIAM A. O'BRIEN, Defendant.— Order granting in part and denying in part plaintiff's motion for a summary interlocutory judgment modified so as to provide that the respondent trustees account for the trust fund from the creation of the trust to the commencement of the action, less the sum of $16,200 concededly paid out, less the amount of the Keyes legacy, and less the amount paid to the estate of Francis O'Brien, deceased. As so modified, the order is affirmed, with ten dollars costs and disbursements to appellants, payable out of the trust fund. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

FREDERICK J. YOUNG, as Receiver of INTERNATIONAL EXCHANGE BANK, Appellant, v. ANTONIO DiSTEFANO, Respondent.— Order dismissing complaint on the ground that the cause of action is barred by the Statute of Limitations affirmed, with ten dollars costs and disbursements. The limitation of the action is to be determined by the law of the State of Arizona. (Civ. Prac. Act, § 13.) Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

## THIRD DEPARTMENT, MAY, 1936.

In the Matter of the Application of THE GENERAL FINANCE CORPORATION, Petitioner, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, and THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendants.— Motion to vacate ex parte order of the Special Term, dated January 10, 1936, which vacated certiorari order, dated August 2, 1935, granted, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.